**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Arthur J. Boylan, 9E |
| Plaintiff, | ) | U.S. Chief Magistrate Judge |
| | ) | |
| v. | ) | Case No:          13-MJ157 AJB |
| | ) | Date:               March 7, 2013 |
| Tracy A. Lewis, | ) | Time Commenced:  2:40 p.m. |
| | ) | Time Concluded:   2:45 p.m. |
| Defendant. | ) | Time in Court:     5 Minutes |

APPEARANCES:

Plaintiff:    Tom Hollenhorst, Assistant U.S. Attorney
Defendant:  James Becker, ☒ FPD          ☒ To be appointed

Date Charges Filed: May 8, 2012          Offense: Public drunkenness
                                                              Title 18, U.S.C. 7 and 13

☒ Waived Reading of Charges     ☒ Advised of Rights

on    ☒ Indictment

☒ **Charges from Another District:** Southern District of Georgia, Savannah Division

☒ Bond set in the amount of $25,000 rpr, with conditions, see Order Setting Conditions of Release.

Additional Information:

☒ Deft removed to charging district and is ordered to appear before Magistrate Judge G.R. Smith, on April 9, 2013, at, McNeely Road T51, Fort Stewart, Georgia.

☒ Removal Order to be Issued

                                                                                    *s/T Anderson*
                                                                                    Criminal Duty Clerk